# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Texarkana Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 28 2018
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of | ) |
| Oath Holdings, Inc. for a Tumblr, Inc. | ) Case No. 4:18-cm-14 |
| User Account with Screen/User name | ) |
| cuminmybabygirl | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **Oath Holdings, Inc. for a Tumblr, Inc. User Account with a Screen/User name cuminmybabygirl more particularly described on Attachment A.**

This Court has authority to issue this Warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

located in the Southern District of New York, there is now concealed *(identify the person or describe the property to be seized)*:
**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Micah Sexson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-28-18

_____
*Judge's signature*

City and state:  Texarkana, Arkansas

Barry A. Bryant, Chief United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| OATH HOLDINGS, INC. FOR ) | |
| A TUMBLR INC. USER ACCOUNT ) | CASE NO. 4:18-cm-14 |
| WITH THE SCREEN/USERNAME ) | |
| cuminmybabygirl ) | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Micah L. Sexson, being duly sworn, depose and state as follows:

### PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since 2011. Prior to that, I was a police officer with the North Little Rock Police Department in North Little Rock, Arkansas since 2003. I attended Harding University in Searcy, Arkansas and obtained a Bachelors of Science degree in Criminal Justice. I am currently assigned as a Special Agent with the Federal Bureau of Investigations at the Little Rock Division, Texarkana Resident Agency (TXRA).

2. As a law enforcement officer, I have received numerous hours of training in the area of technical extraction of data from wireless phone devices. Furthermore, while utilizing judicial authorization to search wireless phone devices, your affiant has had several opportunities to put the aforementioned training into practice while using technical extraction tools to derive the pertinent information housed within the property.

3. During my law enforcement career, I have investigated various crimes including the transportation, distribution, and purchase of illicit narcotics, violent gangs, violent crimes against children, bank robbery, money laundering, and wire fraud. I have also worked closely with specialized agents on investigations involving child exploitation matters and computer crimes

1

against children.

4. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with the tactics used by offenders who produce, collect, and distribute child pornographic material, and who seek to sexually exploit children. My training and experience as a law enforcement officer, and my conversations with state, federal, and law enforcement officers in other countries form the basis of the opinions and conclusions set forth below. This Affidavit is intended to show only that there exists sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

5. I make this Affidavit in support of an application for a search warrant for information associated with certain accounts, described in the following paragraphs and in Attachment A, that are stored at premises owned, maintained, controlled, or operated by Oath Holdings, Inc. "Oath" which include Tumblr, Inc. ("Tumblr") which has a separate legal compliance office. Tumblr requests that process be directed to their offices at 35 East 21st Street, Ground Floor, New York, New York 10010. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Tumblr to disclose to the government copies of records and other information (including the content of communications), as further described in Section I of Attachment B, pertaining to the subscriber or customer associated with those accounts. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

6. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. Where

statements of others are set forth in this Affidavit, they are set forth in substance and in part. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that electronically stored evidence of violations of Title 18, U.S.C. § 2251(a), Production of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), Distribution of Child Pornography, and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography. are likely contained within the accounts associated with the Tumblr screen/user names: **cuminmybabygirl** stored at premises owned, maintained, controlled, or operated by Tumblr. I therefore request that a warrant issue for the search of the accounts described in Attachment A for evidence of these crimes, as described in Attachment B.

## **DEFINITIONS**

7. The following definitions apply to this Affidavit and Attachment B:

a. "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

b. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

c. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

3

d. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. *See* 18 U.S.C. § 2256(2)(A).

e. "Internet Service Providers" or "ISPs" are commercial organizations that provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment. ISPs can offer various means by which to access the Internet, including telephone-based dial-up, broadband-based access via a digital subscriber line (DSL) or cable television, dedicated circuits, or satellite-based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth, which the connection supports. Many ISPs assign each subscriber an account name such as a user name or screen name, an email address, and an email mailbox, and the subscriber typically creates a password for the account. By using a computer equipped with a telephone or cable modem, the subscriber can establish communication with an ISP over a telephone line or through a cable system, and can access the Internet by using his or her account name and password.

f. "Internet Protocol Address" or "IP address" refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

g. "Domain Name" refers to the common, easy-to-remember name associated with an IP address. For example, a domain name of "www.usdoj.gov" refers to the IP address of

149.101.1.32. Domain names are typically strings of alphanumeric characters, with each level delimited by a period. Each level, read backwards—*i.e.*, from right to left—further identifies parts of an organization. Examples of first-level, or top-level, domains are typically .com for commercial organizations, .gov for governmental organizations, .edu for educational organizations, and .org for other organizations. Second-level names will further identify the organization; for example, usdoj.gov further identifies the United States governmental agency to be the Department of Justice. Additional levels may exist as needed until each machine is uniquely identifiable. For example, www.usdoj.gov identifies the world-wide web server located at the United States Department of Justice, which is part of the United States government.

      h.      "Log Files" are records automatically produced by computer programs to document electronic events that occur on computers. Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

      i.      "EXIF data" or "Exchangeable Image File Format data" is information about and stored in a photograph taken with a digital camera, including such information as the camera model and make, date and time of the photograph, shutter speed, and whether flash was used.

      j.      "Contents," as used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or meaning of that communication. *See* 18 U.S.C. § 2510(8).

k.      "Electronic Communications System" means any wire, radio, electromagnetic, photo-optical, or photo-electronic facility used for the transmission of wire or electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications. *See* 18 U.S.C. § 2510(14).

l.      "Electronic Communication Service" means any service that provides to users thereof the ability to send or receive wire or electronic communications. *See* 18 U.S.C. § 2510(15).

m.      "Remote Computing Service" means any service which provides to the public computer storage or processing services by means of an "electronic communications system." *See* 18 U.S.C. § 2711(2).

n.      "Electronic Storage" means any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof, and any storage of such communication by an electronic communication service for purposes of backup protection of such communication. *See* 18 U.S.C. § 2510(17). Typically, email that has not been opened by an ISP customer is stored temporarily by an ISP incidental to the transmission of that email to the intended recipient, usually within an area known as the home directory. Such temporary, incidental storage constitutes "electronic storage."

## PROBABLE CAUSE

8.      On November 3, 2018, the National Center for Missing and Exploited Children (NCMEC) received an electronic submission from an anonymous person through its "CyberTipline" (CyberTipline Report 42666163), which reported the presence of apparent child pornography found at the following URLs found on the Tumblr website:

URL: https://cuminmybabygirl.tumblr.com/post/179713114501
URL: https://cuminmybabygirl.tumblr.com/post/178879309361
URL: https://cuminmybabygirl.tumblr.com/post/178240972656
URL: https://cuminmybabygirl.tumblr.com/post/178240726666

6

URL: https://cuminmybabygirl.tumblr.com/post/175646660571
URL: https://cuminmybabygirl.tumblr.com/post/175106857776

Additional information provided by the complainant listed "may be currently molesting 5 year old and 13year old and posting pics."

9. NCMEC provided this complaint to the FBI's Violent Crimes Against Children (VCAC) Intelligence Unit in Washington, D.C., where FBI personnel accessed the URLs and determined they contained apparent child pornography involving what appeared to be an adult white male and a prepubescent white female child. In addition, FBI observed photos of an older juvenile female on related URLs which, although they didn't constitute child pornography, appeared to be sexual in nature. None of the images contained any EXIF data which could be used to determine a location for the user of the URLs. FBI personnel served a subpoena to Tumblr requesting additional information, including identifying information regarding the user of the URLs, but to date have not received a response to the subpoena.

10. On November 5, 2018, NCMEC received an electronic submission through its "CyberTipline" (CyberTipline Report 42768953) from a representative of Tumblr, which reported the presence of child pornography found at the following URL on the Tumblr website:

atomicbageltrashshark.tumblr.com

11. NCMEC again provided the information to the FBI VCAC Intelligence Unit, where FBI personnel accessed the URL and confirmed the presence of apparent child pornography. FBI personnel further observed some of the images displayed at this URL were the same photos posted at the URLs described in paragraph 8.

12. On November 19, 2018, NCMEC Child Victim Identification Program (CVIP) Image Analysis Report regarding the identical photos was received by the FBI VCAC Intelligence

Unit. This report identified embedded EXIF metadata within four (4) of the images. The EXIF information embedded within one of the files contained the following:

> CreateDate: 2018:11:03 03:02:01
> DateTimeOriginal: 2018:11:03 03:02:01---
> Make: Apple
> Model: iPhone 7 Plus
> ModifyDate: 2018:11:03 03:02:01
> GPSLatitude: 33 deg 46' 24.77" N
> GPSLongitude: 94 deg 23' 35.45" W
> GPSAltitude: 122.3 m Above Sea Level
> GPSDateTime:2018:11:03 08:01:59Z

The other three (3) images contained similar GPS coordinates which geolocated at or near the same address.

    13.    Based on the GPS information located within the EXIF metadata in the files, it appears the images may have been produced on November 3, 2018, at or near the residence located at 669 N Highway 41, Forman, Arkansas, 71836, using an iPhone 7 Plus. A representation of the geolocation is as follows (on the following page):



14. On November 20, 2018, your affiant was contacted by NCMEC and the FBI VCAC Intelligence Unit and were advised of the above described information, including the possibility that child pornography had recently been produced within the TXRA's area of responsibility within the Western District of Arkanas. FBI personnel from the Little Rock division performed multiple public database checks, and determined 669 N Highway 41 in Foreman, Arkansas, was located on a rural property on which additional residences (657 N Highway 41, 671 N Highway 41, and 675 N Highway 41) are located. Additional public database searches revealed the owners

9

of the properties were listed as Effie Anderson and Patricia Tankersley. Patricia Tankersley was identified as the step-daughter of Effie Anderson.

15. On November 21, 2018, your affiant received a media storage device via FedEx from the FBI VCAC Intelligence Unit, which contained the above described images of apparent child pornography, including the four (4) images with embedded EXIF data. After reviewing a portion of the images, your affiant determined they contained child pornography as defined by Title 18 U.S.C. § 2256.

16. On November 21, 2018, Special Agents from the TXRA drove to the property described in paragraphs 12 and 13, and determined that the structure nearest the geolocation point depicted in paragraph 12 was a mobile home at 671 N Highway 41. Special Agents spoke with Effie Anderson, the resident at 669 N Highway 41, who advised that a five-year-old female lived with her mother and her mother's boyfriend at 671 N Highway 41. Anderson further advised that a 13-year old female frequently stayed at the residence.

17. Anderson contacted a family member, Valorie Combs, who previously lived at 671 N Highway 41, and was allowing the current residents to live there. Combs arrived at the property, and was shown copies of the photos described in paragraph 9. Combs identified the older juvenile female as her 13-year-old daughter, and identified the younger female depicted in the child pornography as the five-year-old daughter of her friend who lives at 671 N Highway 41. Combs further advised that the photos appeared to have been taken inside the residence at 671 N Highway 41. Combs identified the boyfriend who also lives at the residence as Mitchell, and advised she contacted him by phone while driving to the property, and he was inside the mobile home. Combs stated she told Mitchell he needed to check on Anderson because there were people on the property claiming to be from the FBI questioning Anderson.

18.    At the request of the FBI, Combs contacted Mitchell by phone and asked him to come outside to talk. Special Agents observed Mitchell exit the residence at 671 N Highway 41 while manipulating a cell phone in his hands. Mitchell was advised of his Miranda Rights, and was interviewed regarding the photos described in paragraph 9. Mitchell admitted to taking the photos inside the residence with the iPhone 7 Plus he had in his possession (Mitchell's Phone), as well as identifying the five-year-old and 13-year-old described in paragraph 17 as the individuals depicted in the photographs. Mitchell further admitted to posting the photos of the females on Tumblr. Mitchell stated he had taken the photos through the SnapChat applicaton, and then saved them to the camera roll on Mitchell's Phone, but he believed he had deleted most of them. FBI Special Agents filed a criminal complaint and arrested Mitchell pursuant to a warrant issued out of the U.S. District Court, Western District of Arkansas. Mitchell's Phone was seized, and is currently in the possession of the FBI at the TXRA. While being transported to the Miller County Detention Facility, Mitchell told Special Agents he had deleted the Tumblr application from his phone while the agents were standing outside at the property.

19.    On Monday, November 26, 2018, your affiant received a copy of NCMEC's CyberTipline Report 43109654, which had been submitted to NCMEC by a representative of Tumblr on November 14, 2018. The report indicated the presence of child pornography found at the following URL on the Tumblr website:

    cuminmybabygirl.tumblr.com

The report also listed information regarding the user of the URL as:

    Email Address: aaronmitchell662@gamil.com
    Screen/User Name: cuminmybabygirl
    Profile URL: cuminmybabygirl.tumblr.com
    IP Address: 2600:387:1:803::b0 (Other)

20.     On Tuesday, November 27, 2018, your affiant received a media storage device via FedEx from NCMEC, which contained 18 images downloaded from the URL described in paragraph 19. Your affiant viewed the images, and in addition to the previously identified child pornography images of the five-year-old female described herein, your affiant determined there were additional images of other individuals which constituted child pornography as defined by Title 18 U.S.C. § 2256.

### ADDITIONAL INFORMATION ABOUT TUMBLR

21.     According to the most recent information, Oath Holdings, Inc. "Oath" has acquired many of the assets of Yahoo Holdings, Inc., which include Tumblr, Inc. ("Tumblr"). Oath Holdings, Inc. "Oath" now includes Tumblr which has a separate legal compliance office. Tumblr requests that process be directed to their offices at 35 East 21st Street, Ground Floor, New York, New York 10010.

22.     Upon creating a Tumblr account, a Tumblr user must create a unique Tumblr screen/user name and an account password. This information is collected and maintained by Tumblr. Tumblr asks users to provide basic identity and contact information upon registration and also allows users to provide additional identity information for their account. This information may include the user's name, email addresses, and phone numbers, as well as potentially other personal information provided directly by the user to Tumblr. Once an account is created, users may also adjust various privacy and account settings for the account.

23.     Tumblr also allows users to "follow" another user's blog, which means that they receive updates about posts made by the other user. Users may also "unfollow" users, that is, stop following them or block them, which prevents the blocked user from following that user. Tumblr

users may "like" a post, "reblog" a post, reply to a post, or "follow" a blog. Records of such actions may be kept by Tumblr.

24.     For each user, Tumblr also collects and retains information, called "log file" information, when a user requests access to Tumblr, whether through a web page or through an application ("app"). Among the log file information that Tumblr's servers automatically record is any IP address associated with the request. Tumblr also collects and records information about a user's web browser when the user interacts with its services, such as browser type and version, device type, operating system and version, language preference, the website or service that referred the user to the Tumblr service, the date and time of each request made to the service, screen display information, and information from any cookies that have been placed on the browser. Tumblr may also detect whether a user is using certain web browser extensions and store that information associated with an account.

25.     Tumblr collects information about content posted to Tumblr blogs, including information describing a camera, camera settings, or EXIF data. Records of such information may be kept by Tumblr.

26.     Tumblr also collects information on the particular devices used to access Tumblr. In particular, Tumblr may record "device identifiers," which include data files and other information that may identify the particular electronic device that was used to access Tumblr.

27.     Tumblr also collects and maintains "cookies," which are small text files containing a string of numbers that are placed on a user's computer or mobile device and that allow Tumblr to collect information about how a user uses Tumblr.

28. Tumblr sometimes collects and stores information about where a user is located, such as by converting an IP address into a rough geolocation, or may ask a user to provide information about the user's location, for example to use geolocation information from a mobile device to "geotag" a post. Those "geotags" mark the location of a photo and may include latitude and longitude information, comments on photos, and other information.

29. Tumblr also may communicate with the user, by email or otherwise. Such communications may be preserved by Tumblr.

30. As explained herein, information stored in connection with a Tumblr account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. In my training and experience, a Tumblr user's account activity, IP log, stored electronic communications, and other data retained by Tumblr can indicate who has used or controlled the Tumblr account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, messaging logs, photos and videos (and the data associated with the foregoing, such as EXIF data, geolocation, date and time) may be evidence of who used or controlled the Tumblr account at a relevant time. Further, Tumblr account activity can show how and when the account was accessed or used. For example, as described herein, Tumblr logs the IP addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access, use, and events relating to the crimes under investigation. Last, Tumblr account activity may provide relevant insight into the Tumblr account user's state of mind as it relates to the offenses under

14

investigation. For example, information on the Tumblr account may indicate the user's motive and intent to commit a crime (*e.g.*, information indicating a plan to commit a crime) or consciousness of guilt (*e.g.*, deleting account information in an effort to conceal evidence from law enforcement).

## LEGAL AUTHORITY

31.   This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## CONCLUSION

32.   Based upon the foregoing, I submit that there exists probable cause to believe that the Tumblr accounts associated with the screen/user names: **cuminmybabygirl** stored at premises owned, maintained, controlled, or operated by Tumblr, contain evidence of violations of Title 18, U.S.C. § 2251(a), Production of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), Distribution of Child Pornography, and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, and therefore respectfully request that a warrant issue for the search of the accounts described in Attachment A, for the search and seizure of the items more fully described in Attachment B.

Respectfully Submitted,

_____
Special Agent Micah Sexson
Federal Bureau of Investigation

Subscribed and sworn to before me on November 28th, 2018:

_____
HON. BARRY A. BRYANT
Chief United States Magistrate Judge

15

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Tumblr accounts associated with the screen/user names:          cuminmybabygirl

stored at premises owned, maintained, controlled, or operated by Oath Holdings, Inc. which operates the services of Tumblr Inc., with offices at 35 East 21st Street, Ground Floor, New York, New York 10010.

1

## ATTACHMENT B

**Particular Things to be Seized**

I. **Information to be disclosed by Tumblr, Inc. ("Tumblr") within 14 days**

To the extent that the information described in Attachment A is within the possession, custody, or control of Tumblr, including any messages, records, files, logs, or information that have been deleted but are still available to Tumblr, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Tumblr is required to disclose, within 14 days from the date of issuance of this warrant, the following information, to the government for each account, from January 1, 2018 to present, listed in Attachment A:

- a. All identity and contact information, including full name, email address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;
- b. All past and current usernames associated with the accounts;
- c. The dates and times at which the accounts and profiles were created, and IP address at the time of sign-up, even if this information existed prior to January 1, 2018,;
- d. All activity logs including IP logs, including those associated with user posts, and other documents showing the IP address, date, and time of each login to the accounts, as well as any other log file information;
- e. All information regarding the particular device or devices used to login to or access the accounts, including all device identifier information or cookie information, including all information about the particular device or devices used to access the accounts and the date and time of those accesses;

1

f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g. All communications or other messages sent or received by the accounts, including "messaging logs" and the content of messages;

h. All user content created, uploaded, or shared by the accounts;

i. All photographs and images associated with the accounts;

j. All exchangeable image file format (EXIF) data, camera, and camera settings information for all images associated with the accounts;

k. All location data associated with the accounts and any photos or videos associated with the accounts, including geotags;

l. All data and information that has been deleted by the user;

m. A list of all of the people that the user followed, liked, or replied to on Tumblr, and all people who followed, liked, or replied to the user, as well as any friends of the user;

n. A list of all users that the accounts has "unfollowed" or blocked;

o. All privacy and accounts settings;

p. All records of searches performed by the accounts, including all past searches saved by the accounts;

q. All information about connections between the accounts and third-party websites and applications; and

r. All records pertaining to communications between Tumblr and any person regarding the user or the user's Tumblr accounts, including contacts with support services, and all records of actions taken, including suspensions of the accounts.

2

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, or instrumentalities of violations of Title 18, U.S.C. § 2251(a), Production of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), Distribution of Child Pornography, and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, involving the user or users of the accounts identified in Attachment A, including, for each user name identified on Attachment A, information pertaining to the following matters:

(a) Images and videos depicting minors engaged in sexually explicit conduct;

(b) Drawings, cartoons or paintings depicting a minors engaged in sexually explicit conduct and which are obscene;

(c) Evidence indicating how and when the Tumblr accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Tumblr accounts owner or user;

(d) Evidence indicating the Tumblr accounts owner's or user's state of mind as it relates to the crimes under investigation;

(e) The identity of the person(s) who created or used the accounts, including records that help reveal the whereabouts of such person(s); and

(f) The identity of the person(s) who communicated with the accounts' users about matters relating to child pornography, including records that help reveal their whereabouts.