IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN THE MATTER OF THE SEARCH OF )
Oath Holdings, Inc. for a Tumblr, Inc. )
User Account with Screen/User name ) Case No. 4:18CM14
cuminmybabygirl )

## ORDER

**BEFORE** the Court is the Motion by the United States of America requesting the Court to unseal the above-mentioned search warrant papers without further order of the Court. The Court having reviewed the Motion grants the United States' request.

**IT IS THEREFORE ORDERED** that the above-mentioned search warrant application, attachments and warrant shall be unsealed without further order of the Court.

**SIGNED** this 30th day of November, 2018

BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2